UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALLAN O'GRADY,<br><br>　　　　　Defendant. | CAUSE NO. 1:20-CR-43 DRL-SLC |

ORDER

On October 25, 2021, Allan O'Grady pleaded guilty with a plea agreement before the magistrate judge to the sole count of the indictment, charging him with knowingly possessing a firearm as a felon. *See* 18 U.S.C. § 922(g)(1) The magistrate judge recommended the court accept Mr. O'Grady's guilty plea. Neither party objected to the magistrate judge's recommendation, and the time to object has passed. The court now adopts the findings and recommendation in their entirety, including the magistrate judge's finding under the CARES Act. Subject to this court's consideration of any plea agreement pursuant to Federal Rule of Criminal Procedure 11(c), the plea of guilty to the sole count as charged in the indictment is hereby accepted, and the defendant is adjudged guilty of this offense.

Per the magistrate judge's order, sentencing is scheduled for **January 28, 2022, at 11:30 a.m. in Fort Wayne**. Sentencing memoranda must be filed by **January 14, 2022**.

SO ORDERED.

November 11, 2021　　　　　　　　　　　　　　*s/ Damon R. Leichty*
　　　　　　　　　　　　　　　　　　　　　　　Judge, United States District Court